# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * *   *
AFFORDABLE METAL LLC,         *
                              *
              Plaintiff,      *
                              *
      v.                      *    No.  25-160T
                              *    Filed: April 17, 2025
UNITED STATES,                *
                              *
              Defendant.      *
                              *
* * * * * * * * * * * * * *   *
```

**O R D E R**

      On April 14, 2025, the court held a status conference in the above captioned case. As discussed at the status conference, on or before **Tuesday, April 22, 2025**, defendant shall provide its request for relevant documents to the plaintiff. On or before **Thursday, May 22, 2025**, plaintiff shall deliver the requested documents to the defendant, subject to any claims of privilege. On or before **Monday, June 23, 2025**, any informal discovery or depositions are to be completed. On or before **Friday, July 11, 2025**, the parties shall file a joint status report reflecting the completion of informal or formal discovery. The joint status report also shall indicate whether the parties have conferred and whether settlement discussions have occurred, and if further settlement discussions are anticipated and likely to have a reasonable chance of success. The joint status report shall also include a proposal for future proceedings, together with a proposed schedule. One party may file the joint status report with the consent of the other party reflected in the joint status report.

      **IT IS SO ORDERED**.

      s/Marian Blank Horn
      **MARIAN BLANK HORN**
           **Judge**